UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANGELA MARTIN, ET AL                         CIVIL ACTION NO. 08-298-SCR

VERSUS

WAL-MART STORES, INC.                        MAGISTRATE JUDGE RIEDLINGER

# O R D E R

Considering the Joint Motion to Dismiss With Prejudice, record document number 10;

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

Baton Rouge, Louisiana, April 6, 2009.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE